J-A09019-19

2019 PA Super 257

| DANIEL PORTER AND CAROLYN PORTER | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| v. | : | |
| TOLL BROTHERS, INC., TOLL PA II, L.P., TOLL PA GP, CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE, I, P.A. AND ANDERSEN WINDOWS, INC. | : | No. 894 EDA 2018 |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS., INC. TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC ANDTOLL ARCHITECTURE I, P.A. | : | |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  September Term, 2017, No. 01002

| MANOJ PRASAD AND  CHETANA PRASAD | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| v. | : | |
| TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : | No. 895 EDA 2018 |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : | |

J-A09019-19

Appeal from the Order March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Sept. Term 2017 Case ID: 170901803

| | | |
|---|---|---|
| MATTHEW O'DONNELL AND JILL O'DONNELL | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : | No. 897 EDA 2018 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

Appeal from the Order March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Sept. Term 2017 Case ID: 1709

| | | |
|---|---|---|
| RICHARD ORLANDO AND KRISTIN ORLANDO | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : | No. 898 EDA 2018 |
| | : | |
| | : | |
| | : | |
| | : | |

-2-

APPEAL OF: TOLL BROTHERS, INC.,  :
TOLL BROS, INC.,  TOLL PA , L.P.,  :
TOLL PA GP CORP., TOLL  :
ARCHITECTURE, INC., AND TOLL  :
ARCHITECTURE I, P.A.,

Appeal from the Order March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Oct. Term 2017 Case ID: 171003573

| | | |
|---|---|---|
| JOSHUA M. OWEN AND  ALLISON R. OWEN | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, | : | |
| INC.,  TOLL PA II, L.P., TOLL PA GP | : | No. 899 EDA 2018 |
| CORP., TOLL ARCHITECTURE, INC., | : | |
| AND TOLL ARCHITECTURE I, P.A., | : | |
| AND ANDERSEN WINDOWS, INC. | : | |
| | : | |
| | : | |
| APPEAL OF: TOLL BROTHERS, INC., | : | |
| TOLL BROS, INC.,  TOLL PA II, L.P., | : | |
| TOLL PA GP CORP., TOLL | : | |
| ARCHITECTURE, INC., AND TOLL | : | |
| ARCHITECTURE I, P.A., | : | |

Appeal from the Order March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Sept. Term 2017 Case ID: 170901823

| | | |
|---|---|---|
| RAJESH PARNERKAR AND SHILPA PARNERKAR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, | : | |
| INC.,  TOLL PA II, L.P., TOLL PA GP | : | No. 900 EDA 2018 |
| CORP., TOLL ARCHITECTURE, INC., | : | |

J-A09019-19

AND TOLL ARCHITECTURE I, P.A., :
AND ANDERSEN WINDOWS, INC. :
:
:
:
APPEAL OF: TOLL BROTHERS, INC., :
TOLL BROS, INC., TOLL PA II, L.P., :
TOLL PA GP CORP., TOLL :
ARCHITECTURE, INC., AND TOLL :
ARCHITECTURE I, P.A., :

Appeal from the Order March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Oct. Term 2017, Case ID: 171003574

| | | |
|---|---|---|
| ROBERT T. ROSS AND DAWN D. ROSS | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : | No. 901 EDA 2018 |
| | : | |
| | : | |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : | |

Appeal from the Order March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Sept. Term 2017 Case ID: 170901815

| | | |
|---|---|---|
| JOSEPH A. SAMARCO AND LORI LYNN SAMARCO | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| v. | : | |
| | : | |

| | | |
|---|---|---|
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : : : : : : : : : | No. 902 EDA 2018 |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : : : : : : | |

Appeal from the Order March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Sept. Term 2017 Case ID: 170901903

| | | |
|---|---|---|
| ANDREW TURK | : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : : | |
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : : : : : : : : | No. 903 EDA 2018 |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : : : : : | |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Oct. Term 2017 Case ID: 171003572

| | | |
|---|---|---|
| VENKA REDDY SUNKARA AND ANITHA BADVELU SUNKARA | : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |

|  | : |  |
|---|---|---|
| v. | : |  |
|  | : |  |
|  | : |  |
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : : : : : : | No. 904 EDA 2018 |
|  | : |  |
|  | : |  |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : : : : : |  |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Sep. Term 2017 Case ID: 171003549

| IGOR ZAVALNY AND TAMARA VOLKOVA | : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
|  | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : |  |
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : : : : : | No. 905 EDA 2018 |
|  | : |  |
|  | : |  |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : : : : : |  |

Appeal from the Order Entered March 1, 2018

In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Oct. Term 2017 Case ID: 171003433

| TIMOTHY WELCH AND CYNTHIA WELCH | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA , L.P., & TOLL PA GP CORP., | : | No. 906 EDA 2018 |
| | : | |
| | : | |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA , L.P.,  & TOLL PA GP CORP., | : | |

Appeal from the Order Entered March 8, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Nov. Term 2016 Case ID: 161100904

| MICHAEL A. ZISKIND AND INGRID C. ZISKIND | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND | : | No. 907 EDA 2018 |
| | : | |
| | : | |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : | |

J-A09019-19

Appeal from the Order Entered March 8, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Nov. Term 2016 Case ID: 161101721

| | | |
|---|---|---|
| MICHAEL MILEY AND JENNIFER MILEY | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : | No. 908 EDA 2018 |
| | : | |
| | : | |
| | : | |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA II, L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : | |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Sept. Term 2017 Case ID: 170901824

| | | |
|---|---|---|
| BRETT ADAMS, JILL O'DONNELL, JASON TEPFENHARDT,  JESSICA TEPFENHARDT, JAMES WIEGERS & ANN MARIE WIEGERS | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | No. 909 EDA 2018 |
| TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : | |
| | : | |

-8-

J-A09019-19

|  |  |  |
|---|---|---|
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : : : : : : |  |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Jan. Term 2017 Case ID: 170101225

|  |  |  |
|---|---|---|
| BRIAN G. BENTRIM AND CATHERINE S. BENTRIM | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : : : | |
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : : : : : : : | No. 910 EDA 2018 |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : : : : : : | |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Oct. Term 2017 Case ID: 171002359

|  |  |  |
|---|---|---|
| AARON CARLSON AND SUZANNE CARLSON | : : : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | : : : : : | |
| TOLL BROTHERS, INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA GP | : : | No. 911 EDA 2018 |

-9-

CORP., TOLL ARCHITECTURE, INC., :
AND TOLL ARCHITECTURE I, P.A., :
AND ANDERSEN WINDOWS, INC. :
                                :
                                :
                                :
APPEAL OF: TOLL BROTHERS, INC., :
TOLL BROS, INC.,  TOLL PA II, L.P., :
TOLL PA GP CORP., TOLL :
ARCHITECTURE, INC., AND TOLL :
ARCHITECTURE I, P.A., :

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Sept. Term 2017 Case ID: 170901005

BENJAMIN LACSON AND EVELYN : IN THE SUPERIOR COURT OF
LACSON : PENNSYLVANIA
                                :
                                :
                                :
            v.                  :
                                :
                                :
TOLL BROTHERS, INC., TOLL BROS, :
INC.,  TOLL PA , L.P., TOLL PA GP : No. 912 EDA 2018
CORP., TOLL ARCHITECTURE, INC., :
AND TOLL ARCHITECTURE I, P.A., :
AND ANDERSEN WINDOWS, INC. :
                                :
                                :
APPEAL OF: TOLL BROTHERS, INC., :
TOLL BROS, INC.,  TOLL PA , L.P., :
TOLL PA GP CORP., TOLL :
ARCHITECTURE, INC., AND TOLL :
ARCHITECTURE I, P.A., :

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Oct. Term 2017, Case ID: 171003576

JULIAN CASTANEDA AND BRENNA : IN THE SUPERIOR COURT OF
CASTANEDA : PENNSYLVANIA
                                :
                                :
            v.                  :

| | |
|---|---|
| : | |
| : | |
| TOLL BROTHERS, INC., TOLL BROS, : | |
| INC., TOLL PA IV, L.P., TOLL PA GP : | No. 913 EDA 2018 |
| CORP., TOLL ARCHITECTURE, INC., : | |
| AND TOLL ARCHITECTURE I, P.A., : | |
| AND ANDERSEN WINDOWS, INC. : | |
| : | |
| : | |
| APPEAL OF: TOLL BROTHERS, INC., : | |
| TOLL BROS, INC., TOLL PA IV, L.P., : | |
| TOLL PA GP CORP., TOLL : | |
| ARCHITECTURE, INC., AND TOLL : | |
| ARCHITECTURE I, P.A., : | |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Oct. Term 2017 Case ID: 171003533

| | |
|---|---|
| JOHN J. COFFEY AND EILEEN COFFEY : | IN THE SUPERIOR COURT OF |
| : | PENNSYLVANIA |
| : | |
| v. : | |
| : | |
| : | |
| : | |
| TOLL BROTHERS, INC., TOLL BROS, : | |
| INC., TOLL PA II, L.P., TOLL PA GP : | |
| CORP., TOLL ARCHITECTURE, INC., : | No. 914 EDA 2018 |
| AND TOLL ARCHITECTURE I, P.A., : | |
| AND ANDERSEN WINDOWS, INC. : | |
| : | |
| : | |
| APPEAL OF: TOLL BROTHERS, INC., : | |
| TOLL BROS, INC., TOLL PA II, L.P., : | |
| TOLL PA GP CORP., TOLL : | |
| ARCHITECTURE, INC., AND TOLL : | |
| ARCHITECTURE I, P.A., : | |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): Sept. Term 2017 Case ID: 170901200

| | |
|---|---|
| JAMES COOKE AND TRACY COOKE : | IN THE SUPERIOR COURT OF |
| : | PENNSYLVANIA |

|  | : |  |
| --- | --- | --- |
| v. | : |  |
|  | : |  |
|  | : |  |
| TOLL BROTHERS, INC., TOLL BROS, | : |  |
| INC.,  TOLL PA VI, L.P., TOLL PA GP | : |  |
| CORP., TOLL ARCHITECTURE, INC., | : | No. 915 EDA 2018 |
| AND TOLL ARCHITECTURE I, P.A., | : |  |
| AND ANDERSEN WINDOWS, INC. | : |  |
|  | : |  |
|  | : |  |
| APPEAL OF: TOLL BROTHERS, INC., | : |  |
| TOLL BROS, INC.,  TOLL PA VI, L.P., | : |  |
| TOLL PA GP CORP., TOLL | : |  |
| ARCHITECTURE, INC., AND TOLL | : |  |
| ARCHITECTURE I, P.A., | : |  |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Sept. Term 2017 Case ID: 170903045

| THOMAS DEANGELO AND CAGLAYAN | : | IN THE SUPERIOR COURT OF |
| --- | --- | --- |
| DEANGELO | : | PENNSYLVANIA |
|  | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : |  |
| TOLL BROTHERS, INC., TOLL BROS, | : |  |
| INC.,  TOLL PA II, L.P., TOLL PA GP | : | No. 916 EDA 2018 |
| CORP., TOLL ARCHITECTURE, INC., | : |  |
| AND TOLL ARCHITECTURE I, P.A., | : |  |
| AND ANDERSEN WINDOWS, INC. | : |  |
|  | : |  |
|  | : |  |
| APPEAL OF: TOLL BROTHERS, INC., | : |  |
| TOLL BROS, INC.,  TOLL PA II, L.P., | : |  |
| TOLL PA GP CORP., TOLL | : |  |
| ARCHITECTURE, INC., AND TOLL | : |  |
| ARCHITECTURE I, P.A., | : |  |

Appeal from the Order Entered March 1, 2018

In the Court of Common Pleas of Philadelphia County Civil Division at No(s): Sept. Term 2017 Case ID: 170901003

| | |
|---|---|
| JAMES COY AND DENISE COY | : IN THE SUPERIOR COURT OF |
| | : PENNSYLVANIA |
| | : |
| v. | : |
| | : |
| | : |
| TOLL BROTHERS, INC., TOLL BROS, | : |
| INC.,  TOLL PA , L.P., TOLL PA GP | : |
| CORP., TOLL ARCHITECTURE, INC., | : No. 917 EDA 2018 |
| AND TOLL ARCHITECTURE I, P.A., | : |
| AND ANDERSEN WINDOWS, INC. | : |
| | : |
| | : |
| APPEAL OF: TOLL BROTHERS, INC., | : |
| TOLL BROS, INC.,  TOLL PA,  L.P., | : |
| TOLL PA GP CORP., TOLL | : |
| ARCHITECTURE, INC., AND TOLL | : |
| ARCHITECTURE I, P.A., | : |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at No(s): Sept. Term 2017 Case ID: 170901196

| | |
|---|---|
| TODD ELLIOTT AND  JUDITH | : IN THE SUPERIOR COURT OF |
| ELLIOTT | : PENNSYLVANIA |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| TOLL BROTHERS, INC., TOLL BROS, | : |
| INC.,  TOLL PA II, L.P., TOLL PA GP | : |
| CORP., TOLL ARCHITECTURE, INC., | : No. 918 EDA 2018 |
| AND TOLL ARCHITECTURE I, P.A., | : |
| AND ANDERSEN WINDOWS, INC. | : |
| | : |
| | : |
| APPEAL OF: TOLL BROTHERS, INC., | : |
| TOLL BROS, INC.,  TOLL PA II, L.P., | : |
| TOLL PA GP CORP., TOLL | : |

ARCHITECTURE, INC., AND TOLL    :
ARCHITECTURE I, P.A.,

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Sept. Term 2017 Case ID: 170901907

| | | |
|---|---|---|
| ROBERT KASPROW AND  LAURA KASPROW | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., AND ANDERSEN WINDOWS, INC. | : | No. 919 EDA 2018 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: TOLL BROTHERS, INC., TOLL BROS, INC.,  TOLL PA , L.P., TOLL PA GP CORP., TOLL ARCHITECTURE, INC., AND TOLL ARCHITECTURE I, P.A., | : | |
| | : | |
| | : | |
| | : | |
| | : | |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s):  Sept. Term 2017 Case ID: 170902048

| | | |
|---|---|---|
| FURRUKH MUNAWAR AND AAIYSHA MUNAWAR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL PA, II, L.P., TOLL PA GP CORP., TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A., AND ANDERSON WINDOWS | : | No. 920 EDA 2018 |
| | : | |
| | : | |
| | : | |
| | : | |

-14-

|  | : |  |
|---|---|---|
| APPEAL OF: TOLL BROTHERS, INC., TOLL PA II, L.P., (IMPROPERLY PLED AS TOLL PA, II, L.P.,) TOLL PA GP CORP., TOLL BROS., INC., TOLL ARCHITECTURE, INC. AND TOLL ARCHITECTURE, I., P.A. | : : : : : : : | |

Appeal from the Order Entered March 1, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): No. 171003571

| KEVIN MARCIANO AND ANGELA MARCIANO | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TOLL BROTHERS INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA. GP CORP., AND ANDERSEN WINDOWS, INC. | : : : : : | No. 1640 EDA 2018 |
| | : | |
| | : | |
| | : | |
| APPEAL OF: TOLL BROTHERS INC., TOLL BROS, INC., TOLL PA II, L.P., TOLL PA. GP CORP. | : : : | |

Appeal from the Order Dated April 30, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): September Term, 2017, No. 170903704

| JAMES WOJNICKI AND KIMBERLY WOJNICKI | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TOLL BROTHERS, INC., TOLL PA, L.P., TOLL PA GP CORP., TOLL BROS, INC., AND ANDERSEN WINDOWS, INC., | : : : : | No. 1912 EDA 2018 |

J-A09019-19

APPEAL OF: TOLL BROTHERS, INC.,  :
TOLL PA, L.P., TOLL PA GP CORP.,  :
TOLL BROS, INC. ( COLLECTIVELY,  :
THE "TOLL  :
  :
Defendants  :
  :

Appeal from the Order Dated May 22, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): 02349 February Term, 2018

MENG KOUCH AND  LISA C. KOUCH  :  IN THE SUPERIOR COURT OF
  :  PENNSYLVANIA
  :
v.  :
  :
  :
TOLL BROTHERS, INC., TOLL PA,  :
L.P., TOLL PA II, L.P., TOLL PA GP  :
CORP., TOLL BROS, INC., AND  :  No. 1913 EDA 2018
ANDERSEN WINDOWS,  INC.,  :
APPEAL:  TOLL BROTHERS, INC.,  :
TOLL PA II, L.P., TOLL PA, L.P., TOLL  :
PA GP CORP., AND TOLL BROS., INC.  :
( COLLECTIVELY, THE "TOLL")  :
  :
Defendants  :
  :
  :

Appeal from the Order Dated May 22, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): 02432 March Term, 2018

JAMES MCFADDEN V. TOLL  :  IN THE SUPERIOR COURT OF
BROTHERS, INC., TOLL PA, L.P.,  :  PENNSYLVANIA
TOLL PA GP CORP., TOLL BROS,  :
INC., AND ANDERSEN WINDOWS,  :
INC.  :
  :

-16-

J-A09019-19

```
                                    :
APPEAL OF: TOLL BROTHERS, INC.,     :
TOLL PA, L.P., TOLL PA GP CORP.,    :    No. 2869 E¹DA 2018
TOLL BROS, INC., AND ANDERSEN       :
WINDOWS, INC.                       :
```

Appeal from the Order Entered August 14, 2018
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): 180502212

BEFORE:   KUNSELMAN, J., MURRAY, J., and PELLEGRINI*, J.

CONCURRING OPINION BY KUNSELMAN, J.:          **FILED AUGUST 21, 2019**

I join the Majority Opinion in all respects except for one. I agree with my learned colleagues that (1) the warranty at issue does not bind any homeowners who did not execute Toll Brothers' TB Form 1302, (2) the homeowners are not third-party beneficiaries under the warranty, and (3) the language in the homeowners' complaints does not constitute admissions that the homeowners accepted the warranty and arbitration clause.

However, unlike the Majority, I believe that Toll Brothers sufficiently argued their claim of equitable estoppel. After citing and explaining the background of **Scottsdale Ins. Co. v. Kinsale Ins. Co.**, 253 F.Supp.3d 796 (E.D.Pa. 2017), and **E.I. DuPont v. Rhone Poulec Fiber & Resin Intermediates, S.A.S.**, 269 F.3d 187 (3d. Cir. 2001), as well as other Third Circuit and district court cases, Toll Brothers applies their holdings to the homeowners' allegations as follows:

_____

*Retired Senior Judge assigned to the Superior Court.

-17-

Under Pennsylvania law, non-signatories may be estopped from disclaiming an arbitration agreement. ***Bouriez v. Carnegie Mellon Univ.***, 359 F.3d 292, 294 (3d. Cir. 2004). That is, Pennsylvania contract law does not permit a party "to claim the benefits of the contract and simultaneously avoid its burdens." ***Scottsdale*** 253 F. Supp. 3d at 801. In fact, this sort of "cherry picking" is "precisely the situation the doctrine of equitable estoppel seeks to prevent." ***Id.*** Otherwise stated, a non-signatory cannot embrace an agreement or receive direct benefits under it, but avoid the burdens of that agreement. ***DuPont***, 269 F.3d 187 at 200.

The plaintiffs embraced (*i.e.*, relied on) the Limited Warranty in at least two ways to their benefit. First, the plaintiffs rely predominately on statements in the Limited Warranty to assert the claims in their complaints. ***See, e.g.***, R. 65a, 509a, 918a, 1314a, 1687a, 2198a, 2574a, 2955a, 3335a, 3714a, 4089a, 4485a, 4897a, 5305a, 5772a, 6213a, 6593a, 7033a, 7446a, 7824a, 8259a, 8690a, 9124a, 9567a, 10005a, 10427a, 11002a, 11380a, 12125a, 12384a ("Toll Brothers represented in its warranty that it acknowledged that . . . Toll Brothers had an 'obligation to build in accordance with applicable building codes.'"); R. 280a, 541a -542a, 949a, 1344a - 1345a, 1720a, 2228a -2229a, 2606a, 2987a, 3365a, 3744a, 4119a, 4510a, 4920a, 5338a, 5805a, 6244a, 6625a, 7064a, 7479a, 7855a, 8292a, 8723a, 9157a, 9600a, 10037a, 10457a, 11026a, 11408a, 12151a - 12152a, 12409a ("Toll Brothers, and/or the other Toll Defendants, made misrepresentations in the warranty extended on the Home that it was obligated by law to comply with Applicable Building Code and so complied with Applicable Building Code.").

Second, for at least eleven of the homes at issue, the plaintiffs have submitted explicit warranty requests for the damages at issue in their complaints (whether using Toll's warranty request form, sending an email, or through their counsel). R. 679a, 3485a, 3855a, 4281a -4282a, 5032a -5034a, 6584a ¶¶137,139, 7182a, 8885a, 11174a -11175a, 11730a ¶¶155,158, 11550a; Tr. 11:14-20; 33:12-14. At least four other homes also have warranty requests submitted by the plaintiffs. There is no question that these particular plaintiffs embraced and availed themselves of the

> benefits conferred by the Limited Warranty by asserting warranty claims for Toll to address.
>
> It is obvious that the plaintiffs embraced the Limited Warranty. And, simply put, the plaintiffs cannot have their cake and eat it too. They have availed themselves of the Limited Warranty such that they cannot circumvent the corresponding agreement to arbitrate. Accordingly, the plaintiffs are estopped from disavowing the arbitration agreement given that they availed themselves of the benefits of the Limited Warranty for other purposes.

Toll Brothers' Brief at 52 – 54. Given all those citations to the homeowners' complaints, I believe Toll Brothers adequately explained why the federal authority in **Scottsdale** and **DuPont** applies in this case. Thus, I would reach the merits of the equitable estoppel claim.

Congress, in passing the FAA, drew no distinction between arbitration demands made in state or federal court. Indeed, the FAA preempts state law disfavoring arbitration agreements. **See, e.g., AT&T Mobility LLC v. Concepcion**, 563 U.S. 333 (2011). Moreover, due to FAA preemption, I would apply the Third Circuits' precedents on this issue. I would apply **DuPont** and **Bouriez**, just as this Court did in **Washburn v. Norther Health Facilities, Inc.**, 121 A.3d 1008 (Pa. Super. 2015), but refuse to compel arbitration for the reasons I discuss below. To do otherwise might subject our case law to a preemption challenge in federal court. **See AT&T**, **supra**.

Turning to the merits of Toll Brothers' equitable estoppel claim, I conclude no appellate relief is due. The party seeking to compel arbitration by a non-signatory can succeed under a claim of equitable-estoppel if the

other "person embraces the agreement **and** directly benefits from it." **Bouriez**, 359 F.3d at 295 (emphasis added).

In making its argument, Toll Brothers has misrepresented the federal precedent upon which it relies. Beginning with the false premise that this is an "or" test, Toll Brothers claims that "a non-signatory cannot embrace an agreement **or** receive direct benefits under it, but avoid the burdens of that agreement." Toll Brothers' Brief at 52 (emphasis added). The **Bouriez** Court, which first applied **DuPont** to a Pennsylvania contract, directs otherwise.

In fact, **Bouriez** refused to compel arbitration based on the absence of a benefit to the non-signatory. "[T]here is simply no evidence in the record to indicate that Mr. Bouriez directly benefited from the 1996 Agreement [containing the arbitration clause]." **Id.** at 295.

The same is true here. There is no evidence that the homeowners benefited from Toll Brothers' warranty, despite their alleged reliance upon it. Indeed, nowhere in Toll Brothers' brief does it indicate how the homeowners actually benefited from the now-expired warranties on their homes.

In every instance where one of the homeowners here attempted to seek remuneration under the warranty, Toll Brothers rejected the claim for one reason or another. Thus, no benefit at all came to any of these homeowners under the warranty. That is why the homeowners sued Toll Brothers. Accordingly, Toll Brothers may not force the non-signatory homeowners into arbitration based upon a warranty under which they received no benefit.

In sum, I concur with the decision to affirm the order entered below; the trial court rightfully denied the petition to compel arbitration.